Case No: 17-13169    JPS   Judge: JESSICA PRICE SMITH  
Case Name: OSBORNE, GARY D.  
OSBORNE, SANDRA L.  
For Period Ending: 09/30/17    (1st reporting period for this case)

Trustee Name: TRUSTEE VIRGIL E. BROWN, JR.  
Date Filed (f) or Converted (c): 05/31/17 (f)  
341(a) Meeting Date: 07/07/17  
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, PPN: 0700020133053 FMV: Lorai | 104,610.00 | 0.00 | | 0.00 | FA |
| 2. 1974 Plymouth Roadrunner (Dragster Poor condition; | 0.00 | 0.00 | | 0.00 | FA |
| 3. 1994 Monterey Cobra Class A Motorhome (Fair condit | 4,500.00 | 0.00 | | 0.00 | FA |
| 4. Open Deck Trailer (Open Deck 16' Car Trailer) | 500.00 | 0.00 | | 0.00 | FA |
| 5. 2017 Toyota RAV 4 (Leased Auto) | 0.00 | 0.00 | | 0.00 | FA |
| 6. 2016 Toyota RAV 4 (Leased Auto) | 0.00 | 0.00 | | 0.00 | FA |
| 7. Furniture & household goods | 1,085.00 | 0.00 | | 0.00 | FA |
| 8. Craftman & Husky hand tools and 1 Air Compressor ( | 250.00 | 0.00 | | 0.00 | FA |
| 9. Two older TV's, X Box 360, Wii and three cell phon | 500.00 | 0.00 | | 0.00 | FA |
| 10. Older Exercise bike and three older street bicycle | 150.00 | 0.00 | | 0.00 | FA |
| 11. Used Clothing | 900.00 | 0.00 | | 0.00 | FA |
| 12. Wedding rings & Costume Jewelry | 600.00 | 0.00 | | 0.00 | FA |
| 13. 8 year old fat Pug dog (No papers); Sentimental va | 0.00 | 0.00 | | 0.00 | FA |
| 14. Cash | 170.25 | 0.00 | | 0.00 | FA |
| 15. Checking Account with Citizens Bank (2306) (payrol | 4,655.79 | 0.00 | | 0.00 | FA |
| 16. Checking Account with Citizens Bank (3600) | 133.65 | 0.00 | | 0.00 | FA |
| 17. 401K Plan with current employer | 8,130.45 | 0.00 | | 0.00 | FA |
| 18. Pension account with Edward Jones (5213) | 12,059.31 | 0.00 | | 0.00 | FA |
| 19. Whole Life Insurance on child with State Farm Insu | 734.85 | 0.00 | | 0.00 | FA |
| 20. Group Term Life Insurance with current employer; N | 0.00 | 0.00 | | 0.00 | FA |
| 21. Short Term Disability Insurance with current emplo | 0.00 | 0.00 | | 0.00 | FA |
| 22. Long Term Disability Insurance with current employ | 0.00 | 0.00 | | 0.00 | 0.00 |
| 23. PREFERENCE PAYMENT (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

LFORM1

Ver: 20.00e

Case No: 17-13169 JPS  Judge: JESSICA PRICE SMITH
Case Name: OSBORNE, GARY D.
OSBORNE, SANDRA L.

Trustee Name: TRUSTEE VIRGIL E. BROWN, JR.
Date Filed (f) or Converted (c): 05/31/17 (f)
341(a) Meeting Date: 07/07/17
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $138,979.30 | $1.00 | | $0.00 | $1.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/18    Current Projected Date of Final Report (TFR): 12/30/18

/s/ TRUSTEE VIRGIL E. BROWN, JR.
_____ Date: 10/31/17
TRUSTEE VIRGIL E. BROWN, JR.

Ver: 20.00e
LFORM1